**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

JASON VASSIOS,

    Plaintiff,

v.                                          CASE NO: 22-cv-00007
                                                HON.: HALA Y. JARBOU

COUNTY OF VAN BUREN, and ANTHONY TURNER, in his individual and official capacity,

    Defendants.

| CHRISTOPHER TRAINOR & ASSOCIATES | PLUNKETT COONEY |
|---|---|
| CHRISTOPHER J. TRAINOR (P42449) | MICHAEL S. BOGREN (P34835) |
| AMY J. DEROUIN (P70514) | CHARLES L. BOGREN (P82824) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 9750 Highland Road | 333 Bridge Street NW, Ste. 530 |
| White Lake, MI 48386 | Grand Rapids, MI 49504 |
| (248) 886-8650 / (248) 698-3321-FAX | 269-226-8822 or 616-752-4600 |
| shanna.suver@cjtrainor.com | mbogren@plunkettcooney.com |
| amy.derouin@cjtrainor.com | cbogren@plunkettcooney.com |

**PLAINTIFF'S RESPONSE TO DEFENDANTS COUNTY OF VAN BUREN AND ANTHONY TURNER'S AFFIRMATIVE DEFENSES AND PROOF OF SERVICE**

1

**NOW COMES** Plaintiff, **JASON VASSIOS,** by and through his attorneys, TRAINOR & ASSOCIATES, and hereby denies each and every one of Defendants' Affirmative Defenses either previously or hereinafter filed, and specifically leaves each Defendant to their proofs of every affirmative defense.

Respectfully Submitted,
CHRISTOPHER TRAINOR & ASSOCIATES

**s/Amy J. DeRouin**
CHRISTOPHER J. TRAINOR (P42449)
AMY J. DEROUIN (P70514)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650
amy.derouin@cjtrainor.com

Dated:  February 7, 2022
AJD/sls

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: ***All Attorneys of Record*** and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: ***None.***

s/ Amy J. DeRouin (P70514)
9750 Highland Road
White Lake, MI 48386
Phone: (248) 886-8650
amy.derouin@cjtrainor.com

2